IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 21-cv-40111-PBS |
| ) | |
| v. ) | |
| ) | |
| DAVID M. ADAMS LIVING TRUST, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER RESOLVING OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

With the agreement of Plaintiff United States of America and Defendant David M. Adams Living Trust, and in order to resolve Defendant David M. Adams Living Trust's Objection to the Magistrate Judge's Report and Recommendation recommending that the United States' motion to appoint a receiver be granted (Doc. 76), it is **HEREBY ORDERED** that:

1. The Magistrate Judge's Report and Recommendation is hereby **ADOPTED in part and MODIFIED in part.**

2. The Court shall enter the Order Appointing Receiver submitted by the United States at (Doc. 58-1) with the following changes:

    a. Paragraph 4 of the Order shall be amended to read as follows: David M. Adams shall within three days of this Order deliver to the Receiver all funds received from any renters, tenants, or anyone else, for the rent, occupancy, or use of the Property during the duration of this lawsuit, including without limitation the $20,000 security deposit paid to him under the lease agreement he executed for a lease term of May 15, 2023 to September 15, 2023, as well as all other rent payments and deposits he received under the lease, less any portion of such funds he expended prior to the date of the Magistrate Judge's Report and Recommendation. As used in the preceding sentence, 'expended' means that the funds were already paid out for contemporaneous expenses or to pay antecedent debts already incurred, but not including to any family member. David M. Adams is otherwise enjoined from withdrawing, moving, spending, transferring, or

  pledging as security any funds or other valuable property traceable to the rents or security deposit in the meantime.

 b. Paragraph 8 of the Order shall be amended to read as follows: David M. Adams shall not remove any personal property or fixtures from the Property. The personal property and fixtures shall remain on the Property for the duration of the current Tenant's lease unless she sooner vacates. David M. Adams may provide to the Receiver within 30 days of this Order an accounting of any items of personal property he claims should be returned to him upon the Tenant vacating the Property, but in any event he will be given an opportunity prior to closing to enter the Property in the presence of the Receiver to remove small personal items and, once the current Tenant's lease expires, to make arrangements to remove larger personal property items, such as furniture. Any items not claimed by Mr. Adams prior to closing will be deemed abandoned and shall be removed and sold or otherwise disposed of.

 c. Paragraph 15 of the Order shall be amended to read as follows: David M. Adams must within thirty days of this Order provide a full accounting to the United States of any and all payments he or anyone on his behalf has received during the pendency of this lawsuit from renters, tenants, or anyone else, to use or occupy the Property, which shall include a detailed statement of any rents received in cash and, for checks, or other non-cash transactions, shall identify all accounts in to which any rents or related monies were deposited and/or to which they were subsequently transferred, together with a written statement of amounts received, the dates of receipt, and the disposition of the funds if not still retained, including to whom any funds were transferred in what sums, and otherwise on what the funds were expended. The accounting shall include copies of bank statements reflecting the deposit and subsequent disposition of any such rents.

**SO ORDERED.**

Dated: 7/27/23

HON. PATTI B. SARIS
U.S. DISTRICT JUDGE

**Agreed:**

For Defendant David M. Adams Living Trust:

*/s/Elizabeth C. Pignatelli (with consent)*
ELIZABETH C. PIGNATELLI
Silva Kettlewell & Pignatelli, LLP
10 High Street, Suite 505
Boston, MA 02110
(617) 351-9092
Lizzie.pignatelli@skpboston.com

For Plaintiff United States of America:

*/s/Bradley A. Sarnell*
BRADLEY A. SARNELL
U.S. Department of Justice, Tax Division
PO Box 55
Washington, DC 20044
(202) 307-1038
bradley.a.sarnell@usdoj.gov